IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                              :
NETRATINGS, INC.,                                             :
                                                              :
                    Plaintiff,                                :
                                                              :
        v.                                                    :   Civil Action No. 05-_____
                                                              :
OMNITURE, INC.,                                               :
                                                              :
                    Defendant.                                :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff NetRatings, Inc. ("NetRatings") certifies that: VNU, N.V., a public company listed on the Euronext Amsterdam stock exchange, indirectly owns approximately 60% of NetRatings' stock. A subsidiary of VNU, N.V., Nielsen Media Research, Inc., directly owns more than 10% of NetRatings' stock.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John W. Shaw*
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
Attorneys for Plaintiff NetRatings, Inc.

                    BROWN RAYSMAN MILLSTEIN
                     FELDER & STEINER LLP
                    Frederick L. Whitmer
                    Seth H. Ostrow
                    Steven S. Rubin
                    Tara N. Stein
                    900 Third Avenue
                    New York, New York 10022
                    (212) 895-2000

Dated: May 19, 2005