AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

NETRATINGS, INC.,

    Plaintiff.

V.

OMNITURE, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 313

TO: (Name and address of Defendant)

Omniture, Inc.
c/o Incorporating Services, Ltd. (Registered Agent)
3500 South DuPont Highway
Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Josy W. Ingersoll, Esq., John W. Shaw, Esq.
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600

Frederick L. Whitmer, Esq., Seth H. Ostrow, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, New York 10022
(212) 895-2000

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  MAY 19 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/19/05 |
| NAME OF SERVER (PRINT) ED JONES | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Registered Agent Incorporating Services Located at 3500 S. Dupont Hwy Dover DE 19903 Service was Accepted by Leslie Pope at 5:31 P.M

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/05
                  Date

Signature of Server: Edward J Jones I

Address of Server: 32 W. Loockerman St Dover, DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.