IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-313-GMS |
| v. ) | |
| ) | |
| OMNITURE, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant shall move, answer or otherwise respond to the Complaint filed herein be, and the same hereby is, extended to and including July 8, 2005.

/s/ John W. Shaw
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
    Attorneys for Plaintiff

Dated: June __7__, 2005

_____
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Defendant

Dated: June __7__, 2005

APPROVED and SO ORDERED this _____ day of June, 2005.

_____
U.S.D.J.

RLF1-2882920-1