# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE

DIRECT DIAL NUMBER
302-651-

June 10, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
Federal Building
844 King Street
Wilmington, DE 19801

Re: *NetRatings, Inc. v. Omniture, Inc.*
C.A. No. 05-313-GMS

Dear Judge Sleet:

I write to follow up on the call from Your Honor's chambers regarding the referenced case. On behalf of the Defendant, Omniture, I sought an agreement from Plaintiff's counsel to extend the time to respond to the Complaint for thirty days. Plaintiff's counsel, Mr. Shaw, graciously agreed to the requested extension, and I then filed the Stipulation which has reached Your Honor's desk. The reason I requested the extension was to give my client, my co-counsel, Fenwick & West, and me time to investigate and evaluate the allegations of the Complaint and to investigate possible defenses to the Complaint. We believe the requested extension will enable us to complete our investigation and respond to the Complaint in a manner consistent with our obligations under the Federal Rules of Civil Procedure.

I hope that the foregoing provides the information Your Honor requested. If not or if I can provide any additional information, I am available at the Court's convenience.

Respectfully,

*William J. Wade*
William J. Wade (#704)

WJW/bw
cc: John W. Shaw, Esquire

RLF1-2886480-1