IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------- x
: 
NETRATINGS, INC.,
:
        Plaintiff,
:
  v.                                      Civil Action No. 05-313

OMNITURE, INC.,
:
        Defendant.
:
:
------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Seth H. Ostrow, Frederick L. Whitmer, Jeffrey P. Weingart, Arianna Frankl, and Steven S. Rubin to represent Plaintiff NetRatings, Inc. in this matter.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 10022
(212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

Dated: June 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

> William J. Wade, Esquire
> Richards, Layton & Fingers
> One Rodney Square
> 920 N. King Street
> P.O. Box 551
> Wilmington, DE 19899

I further certify that on June 24, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY FEDERAL EXPRESS**

> Lynn H. Pasahow
> Fenwick & West LLP
> Silicon Valley Center
> 801 California Street
> Mountain View, CA 94041-2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600

Of Counsel:

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 10022
(212) 895-2000