## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Seth H. Ostrow, Frederick L. Whitmer, Jeffrey P. Weingart, Arianna Frankl, and Steven S. Rubin is granted.

Date: June ___, 2005

_____
United States District Judge