UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
                Plaintiff,      :   Civil Action No. 05-cv-00313-GMS
                                :
        v.                      :
                                :
OMNITURE, INC.,                 :   **CERTIFICATION BY COUNSEL**
                                :   **FOR ADMISSION PRO HAC VICE**
                Defendant.      :
                                :
------------------------------- x

Pursuant to Local Rule 83.5, I, Seth H. Ostrow, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York since May 19, 1993, and of the State of Massachusetts (currently inactive) since January 21, 1993, and am admitted to the federal bars of the United States District Courts for the Southern District of New York since July 1, 1997, the Eastern District of New York since July 30, 1997, the Eastern District of Texas since March 23, 2004, and the Court of Appeals for the Federal Circuit since February 16, 2005, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

>                                 *[signature]*
> BROWN RAYSMAN MILLSTEIN
>   FELDER & STEINER LLP
> Seth H. Ostrow (SO 9605)
> 900 Third Avenue
> New York, New York 10022
> (212) 895-2000

Dated: June 16, 2005

589632

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :   Civil Action No. 05-cv-00313-GMS
                                :
    v.                          :
                                :
OMNITURE, INC.,                 :   **CERTIFICATION BY COUNSEL**
                                :   **FOR ADMISSION PRO HAC VICE**
            Defendant.          :
                                :
------------------------------- x

Pursuant to Local Rule 83.5, I, Frederick L. Whitmer, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York since January 13, 1975, and of the State of New Jersey since December 9, 1976, and am admitted to the federal bars of the United States District Courts for the Southern District of New York since March 25, 1975, the Northern District of New York since March 8, 1999, the District of New Jersey since December 9, 1976, the United States Courts of Appeals for the Federal Circuit since April 20, 1983, the United States Court of Appeals for the Third Circuit since March 31, 1978 and Seventh Circuit since August 12, 1994, and the United States Supreme Court since July 22, 1988, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer  (FW 8888)
900 Third Avenue
New York, New York 10022
(212) 895-2000

Dated: June 16, 2005

589614

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
                  Plaintiff,    :   Civil Action No. 05-cv-00313-GMS
                                :
        v.                      :
                                :
OMNITURE, INC.,                 :   **CERTIFICATION BY COUNSEL**
                                :   **FOR ADMISSION PRO HAC VICE**
                  Defendant.    :
                                :
------------------------------- x

Pursuant to Local Rule 83.5, I, Jeffrey P. Weingart, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York since January 23, 1990, and of the State of Connecticut since December 8, 1989, and am admitted to the federal bars of the United States District Courts for the Southern and Eastern Districts of New York since January 4, 1991, the District of Connecticut since February 12, 1996 and the United States Court of Appeals for the Second Circuit since September 18, 2002, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*
_____
BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Jeffrey P. Weingart (JW 7145)
900 Third Avenue
New York, New York 10022
(212) 895-2000

Dated: June 16, 2005

589644

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :   Civil Action No. 05-cv-00313-GMS
                                :
     v.                         :
                                :
OMNITURE, INC.,                 :
                                :   **CERTIFICATION BY COUNSEL**
            Defendant.          :   **FOR ADMISSION PRO HAC VICE**
                                :
------------------------------- x

Pursuant to Local Rule 83.5, I, Arianna Frankl, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York since April 4, 2000 and the State of New Jersey since December 13, 1999, and am admitted to the federal bars of the United States District Courts for the Southern District of New York since December 21, 2001, the Eastern District of New York since May 17, 2002, the District of New Jersey since December 30, 1999, the District of Colorado since August 23, 2002, the Eastern District of Texas since March 23, 2004, the United States Supreme Court since May 3, 2004, the United States Court of Appeals for the First Circuit since August 26, 2003, and the United States Court of Appeals for the Federal Circuit since February 16, 2005 and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                                            BROWN RAYSMAN MILLSTEIN
                                              FELDER & STEINER LLP
                                            Arianna Frankl  (AF 7764)
                                            900 Third Avenue
                                            New York, New York 10022
                                            (212) 895-2000

Dated: June 16, 2005

589628v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                               :
NETRATINGS, INC.,              :
                               :
              Plaintiff,       :   Civil Action No. 05-cv-00313-GMS
                               :
         v.                    :
                               :
                               :   **CERTIFICATION BY COUNSEL**
OMNITURE, INC.,                :   **FOR ADMISSION PRO HAC VICE**
                               :
              Defendant.       :
------------------------------ x

    Pursuant to Local Rule 83.5, I, Steven S. Rubin, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State New York since March 18, 1998, and am admitted to the federal bar of the United States District Courts for the Southern and Eastern Districts of New York since April 15, 1999, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
(212) 895-2000

Dated: June 16, 2005

589656