# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NETRATINGS, INC., | |
| Plaintiff, | **Civil Action No. 05-313 GMS** |
| v. | **JURY TRIAL DEMANDED** |
| OMNITURE, INC. | |
| Defendant. | |

## DEFENDANT OMNITURE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Omniture, Inc. discloses

that it has no parent corporation and that no publicly held corporation owns 10% or more of its

stock.

Dated: July 8, 2005

*William J. Wade*

William J. Wade (I.D. # 704)
(wade@rlf.com)
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant

OF COUNSEL:

Lynn H. Pasahow
Hector Ribera
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008

Michael J. Sacksteder
Tyler G. Newby
Fenwick & West LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**
Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899


**BY TELECOPY**
Frederick L. Whitmer, Esquire
Seth H. Ostrow, Esquire
Steven S. Rubin, Esquire
Tara N. Stein, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

William J. Wade (#704)

DATED:    July 8, 2005