UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                               :
NETRATINGS, INC.,              :
                               :
            Plaintiff,         :    Civil Action No. 05-cv-313-GMS
                               :
    v.                         :
                               :
OMNITURE, INC.,                :    **JURY TRIAL DEMANDED**
                               :
            Defendant.         :
                               :
------------------------------ x

## REPLY OF NETRATINGS, INC. TO COUNTERCLAIMS OF OMNITURE, INC.

NetRatings, Inc. ("NetRatings"), by and through its undersigned counsel, demands a trial by jury of all Claims, Counterclaims and issues so triable, and as for its Reply to Counterclaims (the "Counterclaims") filed by Omniture, Inc. ("Omiture"), states as follows:

### PARTIES, JURISDICTION AND VENUE

1.  NetRatings denies the allegations contained in Paragraph 1 of the Counterclaims, except admits that Omniture purports to state a claim for declaratory relief and that jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331, 1338 and 2201.

2.  NetRatings denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Counterclaims.

3.  NetRatings admits the allegations contained in Paragraph 3 of the Counterclaims.

4.  In response to the allegations contained in Paragraph 4 of the Counterclaims, NetRatings asserts that the Complaint filed by NetRatings against Omniture speaks for itself and NetRatings respectfully refers the Court to the Complaint for the true and complete content

thereof, and otherwise NetRatings denies the allegations contained in Paragraph 4 of the Counterclaims.

5.  In response to the allegations contained in Paragraph 5 of the Counterclaims, NetRatings asserts that the Answer and Counterclaims filed by Omniture speaks for itself and NetRatings respectfully refers the Court to the Answer and Counterclaims for the complete content thereof, and otherwise NetRatings denies the allegations contained in Paragraph 5 of the Counterclaims.

6.  NetRatings denies the allegations contained in Paragraph 6 of the Counterclaims.

## COUNT I: DECLARATION OF NONINFRINGEMENT

7.  In response to the allegations contained in Paragraph 7 of the Counterclaims, NetRatings repeats and realleges its responses to the allegations contained in Paragraphs 1 through 6 thereof as though fully set forth herein. In addition, to the extent Omniture has incorporated Paragraphs 1 through 34 of its Answer into Paragraph 7 of the Counterclaims, NetRatings also denies the allegations of those Paragraphs.

8.  In response to the allegations contained in Paragraph 8 of the Counterclaims, NetRatings asserts that the Complaint filed by NetRatings against Omniture speaks for itself and NetRatings respectfully refers the Court to the Complaint for the true and complete content thereof, and otherwise NetRatings denies the allegations contained in Paragraph 8 of the Counterclaims.

9.  In response to the allegations contained in Paragraph 9 of the Counterclaims, NetRatings asserts that the Complaint filed by NetRatings against Omniture speaks for itself and NetRatings respectfully refers the Court to the Complaint for the true and complete content

thereof, and otherwise NetRatings denies the allegations contained in Paragraph 9 of the Counterclaims.

10. NetRatings denies the allegations contained in Paragraph 10 of the Counterclaims.

## COUNT II: DECLARATION OF PATENT INVALIDITY

11. In response to the allegations contained in Paragraph 11 of the Counterclaims, NetRatings repeats and realleges its responses to the allegations contained in Paragraphs 1 through 10 thereof as though fully set forth herein. In addition, to the extent Omniture has incorporated Paragraphs 1 through 34 of its Answer into Paragraph 11 of the Counterclaims, NetRatings also denies the allegations of those Paragraphs.

12. NetRatings denies the allegations contained in Paragraph 12 of the Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, NetRatings prays for judgment against Omniture and awarding NetRatings the following relief:

A. Dismissing Omniture's alleged claims contained in the Counterclaims with prejudice;

B. Adjudging that Omniture has infringed, is infringing, has induced and is inducing others to infringe, and has contributed and is contributing to, the infringement of the U.S. Patent Nos. 5,675,510 (the "'510 Patent"); 6,108,637 (the "'637 Patent"); 6,115,680 (the "'680 Patent"); and 6,763,386 (the "'386 Patent");

C. Permanently enjoining Omniture, its agents, servants, subsidiaries, affiliates, employees and those in active concert or participation with any of them, from further infringement, inducement of infringement or contributory infringement of the '510, '637, '680, and '386 Patents.

2

D. Adjudging that the '510, '637, '680, and '386 Patents are valid;

E. Awarding NetRatings damages adequate to fully compensate it for infringement by Omniture of the '510, '637, '680, and '386 Patents, in accordance with, *inter alia,* 35 U.S.C. § 284, and including pre-judgment and post-judgment interest;

F. Adjudging that Omniture's infringement of the '510, '637, '680, and '386 Patents is and continues to be willful and deliberate and awarding NetRatings enhanced damages pursuant to 35 U.S.C. § 284;

G. Trebling the compensatory damages due NetRatings;

H. Adjudging that this is an exceptional case under 35 U.S.C. § 285 and awarding NetRatings its attorneys' fees, costs and expenses in this action; and

I. Ordering such other and further relief as the Court deems just and equitable.

Dated: July 22, 2005

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        */s/ Karen E. Keller*
        Josy W. Ingersoll (#1088)
        jingersoll@ycst.com
        John W. Shaw (#3362)
        jshaw@ycst.com
        Karen E. Keller (# 4489)
        kkeller@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899
        (302) 571-6600

        BROWN RAYSMAN MILLSTEIN
        FELDER & STEINER LLP
        Frederick L. Whitmer
        Seth H. Ostrow
        Steven S. Rubin
        Tara N. Stein
        900 Third Avenue
        New York, New York 10022
        (212) 895-2000

        Attorneys for Plaintiff NetRatings, Inc.

## DEMAND FOR JURY TRIAL

NetRatings, Inc. hereby demands trial by jury of all claims and issues so triable.

Dated: July 22, 2005

          YOUNG CONAWAY STARGATT
          & TAYLOR, LLP

          */s/ Karen E. Keller*
          Josy W. Ingersoll (#1088)
          jingersoll@ycst.com
          John W. Shaw (#3362)
          jshaw@ycst.com
          Karen E. Keller (# 4489)
          kkeller@ycst.com
          The Brandywine Building
          1000 West Street, 17th Floor
          P.O. Box 391
          Wilmington, DE 19899
          (302) 571-6600

          BROWN RAYSMAN MILLSTEIN
          FELDER & STEINER LLP
          Frederick L. Whitmer
          Seth H. Ostrow
          Steven S. Rubin
          Tara N. Stein
          900 Third Avenue
          New York, New York 10022
          (212) 895-2000

          Attorneys for Plaintiff NetRatings, Inc.

601438

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>William J. Wade, Esquire
>Richards, Layton & Fingers
>One Rodney Square
>920 N. King Street
>P.O. Box 551
>Wilmington, DE 19899

I further certify that on July 22, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY FEDERAL EXPRESS

>Lynn H. Pasahow
>Fenwick & West LLP
>Silicon Valley Center
>801 California Street
>Mountain View, CA 94041-2008

                         YOUNG CONAWAY STARGATT
                                  & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600

Of Counsel:

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 10022
(212) 895-2000