IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OMNITURE, INC., )<br>)<br>Defendant. ) | C.A. No. 05-313-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on September 16, 2005, copies of Defendant and Counterclaimant Omniture, Inc.'s Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) were served on the following attorneys of record at the addresses and in the manner indicated:

**BY HAND**
Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

**BY TELECOPY AND FIRST CLASS MAIL**
Frederick L. Whitmer, Esquire
Seth H. Ostrow, Esquire
Steven S. Rubin, Esquire
Tara N. Stein, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

*/s/ William J. Wade*
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Defendant

Dated: September 16, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**
Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY TELECOPY AND FIRST CLASS MAIL**
Frederick L. Whitmer, Esquire
Seth H. Ostrow, Esquire
Steven S. Rubin, Esquire
Tara N. Stein, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

William J. Wade (#704)

DATED: September 16, 2005

RLF1-2882966-1