UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-cv-313-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| OMNITURE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

    PLEASE TAKE NOTICE that the undersigned has caused copies of Netratings, Inc.'s

Rule 26(a)(1) Initial Disclosures to be served on September 16, 2005 on the following counsel in

the manner indicated:

           **BY FACSIMILE AND U.S. MAIL**

           William J. Wade, Esquire
           Richards Layton & Finger
           One Rodney Square
           920 North King Street
           P.O. Box 551
           Wilmington, DE 19899

           Michael J. Sacksteder, Esquire
           Fenwick & West LLP
           Embarcadero Center West
           275 Battery Street, 15th Floor
           San Francisco, CA 94111

PLEASE TAKE FURTHER NOTICE that on September 19, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> William J. Wade, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 North King Street
> P.O. Box 551
> Wilmington, DE 19899

Additionally, I further certify that on September 19, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Michael J. Sacksteder, Esquire
> Fenwick & West LLP
> Embarcadero Center West
> 275 Battery Street, 15th Floor
> San Francisco, CA 94111

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
Attorneys for Plaintiffs.

Of Counsel:

BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Steven S. Rubin
Tara N. Stein
900 Third Avenue
New York, New York 1002
(212) 895-2000

Dated: September 19, 2005