UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
NETRATINGS, INC.,                                       :
                                                        :
                Plaintiff,       :
                                                        :    Civil Action No. 05-cv-313-GMS
   v.                                                   :
                                                        :
OMNITURE, INC.,                                         :
                                                        :
                Defendant.       :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STATUS REPORT**

       In accordance with the Notice of Scheduling Conference dated September 2, 2005 (D.I. 15), counsel for NetRatings, Inc. ("NetRatings") and counsel for Omniture, Inc. ("Omniture") have conferred by telephone concerning the matters that the Court will take up during the status and scheduling conference that has been set for September 28, 2005 at 10:00 a.m. The parties, having considered each of the agenda items, hereby submit this joint report as directed by the Court. Attached is a chart summarizing the parties' proposed dates (Exhibit A) which is submitted subject to the Court's approval and modifications.

       1.     <u>Jurisdiction and Service.</u>

       The parties agree that the Court has jurisdiction over the subject matter and the parties involved in this action. Pleadings have been served on all of the parties.

       2.     <u>Substance of the Action.</u>

       This is an action for patent infringement arising under the Patent Statute, 35 U.S.C. § 1 et seq., brought by NetRatings against Omniture as a result of Omniture's

use and/or offers for sale one or more of its products, including, but not limited to, sale of its product known as SiteCatalyst, alone and/or in combination with other Omniture products. NetRatings alleges that Omniture has infringed United States Letters Patent Nos. 5,675,510; 6,108,637; 6,115,680; and 6,763,386 (collectively, the "patents in suit"). NetRatings alleges that, as a result of this infringement, it has suffered injury to its business and property in an amount to be determined as damages, and will continue to suffer damages in the future. NetRatings alleges that this infringement is willful and that Omniture's intentional disregard of NetRatings' rights makes this an exceptional case under 35 U.S.C. § 285.

Omniture denies all of NetRatings' allegations of infringement in the Complaint. Omniture further denies that NetRatings has suffered or will suffer any injury and denies NetRatings' allegation that this matter is an exceptional case under 35 U.S.C. § 285. Omniture alleges, in its affirmative defenses and in its counterclaims, that the patents-in-suit are invalid and unenforceable. Omniture reserves the right to prove, upon successfully defending against NetRatings' affirmative claims and proving Omniture's counterclaims, that this is an exceptional case under 35 U.S.C. § 285.

3.   <u>Identification of Issues.</u>

The issues to be resolved in this litigation include, generally: infringement, validity and enforceability of the patents-in-suit. NetRatings also alleges that infringement was willful. If it finds infringement of any of the patents-in-suit, the finder of fact must determine whether NetRatings is entitled to any damages or enhanced damages. The finder of fact also must also determine if this is an exceptional case pursuant to 35 U.S.C. § 285.

4. <u>Narrowing of Issues.</u>

The parties may file one or more motions for summary judgment that could reduce the number of issues to be decided at trial.

5. <u>Relief.</u>

NetRatings is seeking a permanent injunction to enjoin Omniture from further infringement, inducing infringement, and contributing to infringement of the patents in suit. NetRatings is also seeking an award of damages in favor of NetRatings and against Omniture sufficient to fully compensate NetRatings for Omniture's alleged infringement of the patents-in-suit and an assessment of prejudgment interest and post-judgment interest; a finding that Omniture's infringement of the patents in suit is willful, an award of enhanced damages pursuant to 35 U.S.C. § 284; a finding that this is an exceptional case under 35 U.S.C. § 285 and an award to NetRatings of its attorneys' fees, costs and expenses in this action.

Omniture denies infringement, willfulness, and that NetRatings has been damaged and is seeking an order denying the relief sought in the Complaint and a declaratory judgment that each of the patents in suit is invalid and unenforceable. Omniture reserves the right to prove, upon successfully defending against NetRatings' affirmative claims and proving Omniture's counterclaims, that this is an exceptional case under 35 U.S.C. § 285.

6. <u>Amendment of Pleadings.</u>

The parties have agreed that, unless the Court orders otherwise, all motions to amend the pleadings shall be filed by January 13, 2006.

7.   Joinder of Parties.

The parties have agreed that, unless the Court orders otherwise, all motions to join other parties shall be filed by January 13, 2006.

8.   Discovery.

Absent further agreement or Order of this Court, the parties have agreed to abide by Rule 26.1 of the Delaware Local Rules. The parties agree that either party shall be free to seek leave of Court, for good cause shown, to amend the discovery provisions of Local Rule 26.1.

9.   Estimated Trial Length.

The parties estimate that the trial will take ten (10) full court days.

10.   Jury Trial.

The parties have demanded a trial by a jury.

11.   Settlement.

The parties have engaged in preliminary settlement discussions and do not believe that further such discussions would be productive at this time. The parties remain willing to reconsider settlement possibilities at a later date, at which time the parties would be willing to discuss settlement with the supervision of the Magistrate Judge.

12.   Other Matters.

The parties have agreed that a stipulated protective order is necessary due to the confidential technical and business information that will need to be exchanged in this action. The parties are currently drafting the terms for such a protective order, and will present it to the Court for consideration.

Dated: September 21, 2005

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
| By: _____/signature/_____<br>John W. Shaw (I.D. No. 3362)<br>Karen E. Keller (I.D. No. 4489) | By: _____/s/_____<br>William J. Wade (I.D. No. 704) |
| The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>Phone: (302) 571-6600<br>Fax: (302) 571-1253 | One Rodney Square<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899<br>Phone: (302) 651-7700<br>Fax: (302) 651-7701 |
| Of Counsel: | Of Counsel: |
| Seth H. Ostrow (SO 9605)<br>Frederick L. Whitmer (FW 8888)<br>Arianna Frankl (AF 7764)<br>Steven S. Rubin (SR 4709)<br>BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP<br>900 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 895-2000<br>Facsimile: (212) 895-2900 | Michael J. Sacksteder<br>FENWICK & WEST LLP<br>Embarcadero Center West,<br>275 Battery St.<br>San Francisco, CA 94111<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Omniture, Inc. |
| Attorneys for NetRatings, Inc. | |

# EXHIBIT A

Case 1:05-cv-00313-GMS    Document 18    Filed 09/21/2005    Page 6 of 8

# NETRATINGS, INC. V. OMNITURE, INC.
## 05 cv 313 (GMS)

### Proposed Case Schedule

| EVENT | DATE |
| --- | --- |
| Initial disclosures | September 16, 2005 |
| All motions to join other parties or amend pleadings filed on or before | January 13, 2006 |
| Meet and confer regarding joint claim construction chart | February 6, 2006 |
| Last day for Omniture to advise NetRatings that it intends to rely on the opinions of counsel | March 3, 2006 |
| Last day to produce opinions of counsel upon which Omniture may rely | March 3, 2006 |
| Submit Joint Claim Construction chart | March 3, 2006 |
| Opening *Markman* Briefs exchanged by both parties | March 17, 2006 |
| Rebuttal *Markman* briefs exchanged by both parties | April 21, 2006 |
| Proposed *Markman* hearing | April 28, 2006 |
| Fact discovery cutoff--all discovery must be served so as to be completed by this date | May 25, 2006 |
| Last day for exchange of reports for party bearing burden of proof | June 9, 2006 |
| Rebuttal reports due | July 7, 2006 |
| Last day for expert depositions | July 28, 2006 |
| Opening letter briefs regarding summary judgment | August 11, 2006 |
| Answering letter briefs | August 25, 2006 |
| Reply letter briefs | September 1, 2006 |
| Teleconference regarding Status/Daubert issues | September 12, 2006 |
| Submission of joint agenda regarding Daubert issues | September 15, 2006 |

| EVENT | DATE |
|---|---|
| Last day to file summary judgment motions | September 15, 2006 |
| Last day to file oppositions | October 16, 2006 |
| Last day to file reply briefs | October 27, 2006 |
| Last day to exchange motions in limine | November 20, 2006 |
| Last day to exchange oppositions to motions in limine | December 4, 2006 |
| Joint proposed pretrial order | December 18, 2006 |
| Proposed Pretrial Conference | January 5, 2007 |
| Proposed trial date | February 6, 2007 |

620334

2