IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :
                                :  Civil Action No. 05-313-GMS
    v.                          :
                                :
OMNITURE, INC.,                 :
                                :
            Defendant.          :
                                :
------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of NetRatings, Inc.'s First Request for the Production of Documents and Things to Omniture, Inc. were caused to be served on September 20, 2005 on the following counsel of record in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 22, 2005 upon the following counsel of record in the manner indicated:

DB01:1857588.1                                                          064271.1001

**BY ELECTRONIC FILING & HAND DELIVERY**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Attorneys for NetRatings, Inc.

Dated: September 22, 2005