IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-313-GMS |
| v. | ) | |
| | ) | |
| OMNITURE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on September 29, 2005, copies of (1) Defendant and Counterclaimant Omniture, Inc.'s First Set of Requests for Documents and Things (Nos. 1-89) and (2) Defendant and Counterclaimant Omniture, Inc.'s First Set of Interrogatories (Nos. 1-10) were served on the following attorneys of record at the addresses and in the manner indicated:

**BY HAND**
Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY TELECOPY AND FIRST CLASS MAIL**
Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Steven S. Rubin, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

RLF1-2923382-1

/s/ William J. Wade
_____
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
    Attorneys for Defendant

Dated:  September 29, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

I HEREBY CERTIFY that on September 29, 2005, I have sent the document by telecopy and first class mail to the following non-registered participants:

Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Steven S. Rubin, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

William J. Wade (#704)

DATED:   September 29, 2005