IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-313-GMS |
| v. ) | |
| ) | |
| OMNITURE, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER
### FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Heather N. Mewes of Fenwick & West LLP to represent Defendant Omniture, Inc. in this matter.

*/s/ William J. Wade*
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Defendant

Dated: October 12, 2005

    SO ORDERED this _____ day of October, 2005.

_____
U.S.D.J.

RLF1-2933473-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Heather N. Mewes
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008

DATE: Oct. 11, 2005

32021/00406/LIT/1238351.1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I HEREBY CERTIFY that on October 12, 2005, I have sent the foregoing document by telecopy and first class mail to the following non-registered participants:

Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Steven S. Rubin, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

William J. Wade (#704)

DATED: October 12, 2005

RLF1-2882966-1