IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMNITURE, INC. <br><br> Defendant. | **Civil Action No. 05-313 GMS** |

**STIPULATION AND [PROPOSED] ORDER RE: TWO-DAY EXTENSION TO PROVIDE PROTECTIVE ORDER SUBMISSION**

**IT IS HEREBY STIPULATED** by and between the parties, NetRatings, Inc. ("NetRatings") and Omniture, Inc. ("Omniture"), hereto through their respective attorneys of record, and subject to the Order of the Court, as follows:

1. According to the Case Management Order, a submission with respect to the Protective Order is due October 26, 2005.

2. For the past several weeks, the parties have been diligently negotiating a stipulated protective order. As a result of these negotiations, the parties have reached final agreement on all but two terms and anticipate that they may be able to reach an agreement with respect to these terms as well, but need some additional time.

3. The two terms about which the parties are still negotiating relate to procedures to be followed in connection with a party's confidentiality obligations to third-parties and a restriction on patent prosecution by attorneys having access to certain documents designated under the proposed protective order.

4.      Accordingly, the parties respectfully submit that good cause exists for a two-day extension and hereby jointly request an extension until October 28, 2005, so that they can have time to complete their negotiations regarding the remaining terms.

| | |
|---|---|
| /s/ Karen E. Keller | William J. Wade /BEF/ (#4395) |
| John W. Shaw (#3362) | William J. Wade (#704) |
| jshaw@ycst.com | wade@rlf.com |
| Karen E. Keller (#4489) | Matthew W. King (#4566) |
| kkeller@ycst.com | king@rlf.com |
| Young Conaway Stargatt & Taylor, LLP | Richards, Layton & Finger |
| The Brandywine Building | One Rodney Square |
| 1000 West Street, 17th Floor | 920 N. King Street |
| P.O. Box 381 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| | |
| *Counsel for NetRatings, Inc.* | *Counsel for Omniture, Inc.* |
| | |
| Dated: October 26, 2005 | Dated: October 26, 2005 |

**IT IS SO ORDERED:**

Date:

_____
Honorable Gregory M. Sleet
United States District Judge