# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

October 27, 2005

**VIA HAND DELIVERY**

The Honorable Peter T. Dalleo
Clerk
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

Re: NetRatings Inc. v. Omniture Inc.
C.A. No. 05-313-GMS

Dear Dr. Dalleo:

In accordance with the telephone conversation my secretary had with your office on Wednesday, October 26, 2005, this is to request that you discontinue notification of filings in the above action to Tyler G. Newby (tnewby@fenwick.com). Mr. Newby is no longer associated with the firm of Fenwick & West, co-counsel to Omniture Inc. in the above action.

Thank you for your assistance in this matter

Very truly yours,

*William J. Wade*
William J. Wade (#704)

WJW/bw
cc: John W. Shaw, Esquire
    Michael J. Sacksteder, Esquire

RLF1-2938662-1