IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
:
NETRATINGS, INC.,
:
          Plaintiff,
:
                              :  Civil Action No. 05-313-GMS
   v.
:
OMNITURE, INC.,
:
          Defendant.
:
:
------------------------------x

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of Plaintiff NetRatings, Inc.'s Responses and Objections to Defendant Omniture, Inc.'s First Set of Requests for the Production of Documents and Things (Nos. 1-89) were caused to be served on October 31, 2005 on the following counsel of record in the manner indicated:

       **BY FACSIMILE AND U.S. MAIL**

           William J. Wade, Esquire
           Richards, Layton & Finger
           One Rodney Square
           920 N. King Street
           Wilmington, DE 19899

           Michael J. Sacksteder, Esquire
           Heather Mewes, Esquire
           Fenwick & West LLP
           Embarcadero Center West
           275 Battery Street, 15th Floor
           San Francisco, CA 94111

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 11, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA  94111

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Telephone:  (302) 571-6600

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone:  (212) 895-2000
Facsimile:  (212) 895-2900

Attorneys for NetRatings, Inc.

Dated:  November 11, 2005