UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
NETRATINGS, INC.,                 :
                                  :
            Plaintiff,            :   Civil Action No. 05-cv-313-GMS
                                  :
       vs.                        :
                                  :
OMNITURE, INC.,                   :
                                  :
            Defendant.            :
                                  :
------------------------------x

## STIPULATION AND ORDER

Plaintiff NetRatings, Inc. ("NetRatings"), by and through its undersigned counsel, and Defendant Omniture, Inc. ("Omniture"), by and through its undersigned counsel, hereby stipulate, subject to the approval of the Court, the following:

Omniture consents to the amendment of NetRatings, Inc.'s complaint which is being filed simultaneously with this Stipulation.

This amended complaint identifies an additional patent, U.S. Patent No. 6,138,155 ("'155 Patent"). Because the addition of the '155 patent will add a number of issues and claims to the case which will be the subject of discovery and to avoid any changes to the scheduling order in this case, the parties further agree as follows:

1.   NetRatings will identify presently asserted claims of the '155 patent by January 20, 2006.

2.   NetRatings will accept service by Omniture of an interrogatory seeking NetRatings' infringement contentions with respect to the '155 patent on or after January 13,

DB01:1964190.1                                                              064271.1001

2006. NetRatings agrees to serve a response to this interrogatory within 21 days of service and that the response to this interrogatory will include a claim chart, similar in form to the claim charts served with its supplemental responses on January 12, 2006, with respect to the other patents-in-suit.

       3.      Omniture agrees to accept service of the amended complaint on or after January 13, 2006.

Either party may exchange additional proposed terms to be construed until February 17, as part of the meet and confer process for narrowing and reducing the number of claim construction issues.

Except as otherwise stated herein, all provisions of the Court's October 12, 2005 Scheduling Order shall remain in full force and effect.

| *Counsel for NetRatings, Inc.* | *Counsel for Omniture, Inc.* |
|---|---|
| /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>jingersoll@ycst.com<br>John W. Shaw (#3362)<br>jshaw@ycst.com<br>Karen E. Keller (#4489)<br>kkeller@ycst.com<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br><br>Dated: January 13, 2006 | /s/ Kelly E. Farnan<br>William J. Wade (#704)<br>wade@rlf.com<br>Kelly E. Farnan (#4395)<br>farnan@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>Dated: January 13, 2006 |

SO ORDERED:

_____       _____
Date       HONORABLE GREGORY M. SLEET
     UNITED STATES DISTRICT JUDGE