IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :
                                :   Civil Action No. 05-313-GMS
    v.                          :
                                :
OMNITURE, INC.,                 :
                                :
            Defendant.          :
                                :
------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of NetRatings, Inc.'s Responses and Objections to Omniture, Inc.'s Second Set of Interrogatories (No. 11) were caused to be served on January 11, 2006 on the following counsel in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Michael J. Sacksteder, Esquire
Heather Mewes, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Hector Ribera, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for NetRatings, Inc. hereby certify that copies of NetRatings, Inc.'s First Supplemental Responses and Objections to Omniture, Inc.'s First Set of Interrogatories (Nos. 2, 3 and 8) were caused to be served on January 12, 2006 on the following counsel of record in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Michael J. Sacksteder, Esquire
Heather Mewes, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Hector Ribera, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 16, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Hector Ribera, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

                                                    YOUNG CONAWAY STARGATT &
                                                    TAYLOR, LLP

                                                    /s/ Karen E. Keller
                                                    John W. Shaw (No. 3362)
                                                    Karen E. Keller (No. 4489)
                                                    The Brandywine Building
                                                    1000 West Street, 17th Floor
                                                    P.O. Box 391
                                                    Wilmington, DE 19899-0391
                                                    Telephone: (302) 571-6600

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900                          Attorneys for NetRatings, Inc.

Dated: January 16, 2006