IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :
NETRATINGS, INC.,             :
                              :
            Plaintiff,        :   Civil Action No. 05-313 (GMS)
                              :
   v.                         :
                              :
OMNITURE, INC.,               :   **JURY TRIAL DEMANDED**
                              :
            Defendant.        :
------------------------------x

**EXHIBITS TO AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
kkeller@ycst.com

BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
Frederick L. Whitmer
Seth H. Ostrow
Arianna Frankl
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

Dated: January 16, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on January 16, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>William J. Wade, Esquire
>Richards, Layton & Fingers
>One Rodney Square
>920 N. King Street
>P.O. Box 551
>Wilmington, DE 19899

I further certify that on January 16, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

### BY E-MAIL

>Lynn H. Pasahow
>Fenwick & West LLP
>Silicon Valley Center
>801 California Street
>Mountain View, CA 94041-2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Karen E. Keller (# 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600