IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NETRATINGS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-313-GMS |
| OMNITURE, INC., | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on January 6, 2006, copies of (1) Trevor Blumenau's Responses and Objections to Omniture, Inc.'s Document Subpoena, (2) Steven R. Coffey's Responses and Objections to Omniture, Inc.'s Document Subpoena, (3) Stephen J. Costello's Responses and Objections to Omniture, Inc.'s Document Subpoena, (4) Owen Davis' Responses and Objections to Omniture, Inc.'s Document Subpoena, (5) Vidyut Jain's Responses and Objections to Omniture, Inc.'s Document Subpoena, (6) David B. Pinsley's Responses and Objections to Omniture, Inc.'s Document Subpoena, (7) Karen A. Poloniewicz's Responses and Objections to Omniture, Inc.'s Document Subpoena, and (8) Steven N. Stanziani's Responses and Objections to Omniture, Inc.'s Document Subpoena were served upon the following counsel of record in the manner indicated:

### BY E-MAIL AND U.S. MAIL

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Hector Ribera, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California St.
Mountain View, California 94041

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 3, 2006, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Hector Ribera, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California St.
Mountain View, California 94041

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Andrew A. Lundgren_

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
alundgren@ycst.com
*Attorneys for NetRatings, Inc.*

Dated: February 3, 2006