IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------  x
                                :
NETRATINGS, INC.,               :
                                :
            Plaintiff,          :
                                :  Civil Action No. 05-313-GMS
    v.                          :
                                :
OMNITURE, INC.,                 :
                                :
            Defendant.          :
                                :
------------------------------  x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on January 23, 2006, copies of (1) Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), and (2) Netratings, Inc.'s Second Set of Interrogatories to Omniture, Inc. were served upon on the following counsel of record in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

    William J. Wade, Esquire
    Richards, Layton & Finger
    One Rodney Square
    920 N. King Street
    Wilmington, DE 19899

    Michael J. Sacksteder, Esquire
    Fenwick & West LLP
    Embarcadero Center West
    275 Battery Street, 15th Floor
    San Francisco, CA 94111

    Hector Ribera, Esquire
    Fenwick & West LLP
    Silicon Valley Center
    801 California St.
    Mountain View, California 94041

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 6, 2006, upon the following counsel of record in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

**BY E-MAIL**

Michael J. Sacksteder, Esquire
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, 15th Floor
San Francisco, CA 94111

Hector Ribera, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California St.
Mountain View, California 94041

OF COUNSEL:

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
Seth H. Ostrow (SO 9605)
Jeffrey P. Weingart (JW 7145)
Frederick L. Whitmer (FW 8888)
Arianna Frankl (AF 7764)
Steven S. Rubin (SR 4709)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

Dated: February 6, 2006

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
alundgren@ycst.com
*Attorneys for NetRatings, Inc.*