IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-313-GMS |
| v. ) | |
| ) | |
| OMNITURE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on February 6, 2006, copies of Defendant and Counterclaimant Omniture, Inc.'s Fourth Set of Interrogatories (No. 13) were served on the following attorneys of record at the addresses and in the manner indicated:

**BY HAND**
Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY TELECOPY AND FIRST CLASS MAIL**
Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

RLF1-2979991-1

/s/ William J. Wade (#4395)
William J. Wade (#704)
wade@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
    Attorneys for Defendant

Dated: February 13, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February13, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

I HEREBY CERTIFY that on February 13, 2006, I have sent the foregoing document by telecopy and first class mail to the following non-registered participants:

Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

DATED:  February 13, 2006