IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
NETRATINGS, INC.,                 :
                                  :
                  Plaintiff,      :   Civil Action No. 05-cv-313-GMS
                                  :
        v.                        :
                                  :
OMNITURE, INC.,                   :   **JURY TRIAL DEMANDED**
                                  :
                  Defendant.      :
                                  :
---------------------------------x

**REPLY OF NETRATINGS, INC. TO
AMENDED COUNTERCLAIMS OF OMNITURE, INC.**

NetRatings, Inc. ("NetRatings"), by and through its undersigned counsel, as and for its Reply to the Amended Counterclaims (the "Amended Counterclaims") filed by Omniture, Inc. ("Omiture"), states as follows:

**PARTIES, JURISDICTION AND VENUE**

1. NetRatings denies the allegations contained in Paragraph 1 of the Amended Counterclaims, except admits that Omniture purports to state a claim for declaratory relief and that jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331, 1338 and 2201.

2. NetRatings denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Amended Counterclaims.

3. NetRatings admits the allegations contained in Paragraph 3 of the Amended Counterclaims.

4. In response to the allegations contained in Paragraph 4 of the Amended Counterclaims, NetRatings asserts that the Complaint and Amended Complaint filed by

NetRatings against Omniture speaks for itself and NetRatings respectfully refers the Court to the Complaint and Amended Complaint for the true and complete content thereof, and otherwise NetRatings denies the allegations contained in Paragraph 4 of the Amended Counterclaims.

5.  In response to the allegations contained in Paragraph 5 of the Amended Counterclaims, NetRatings asserts that the Amended Answer and Amended Counterclaims filed by Omniture speaks for itself and NetRatings respectfully refers the Court to the Amended Answer and Amended Counterclaims for the complete content thereof, and otherwise NetRatings denies the allegations contained in Paragraph 5 of the Amended Counterclaims.

6.  NetRatings denies the allegations contained in Paragraph 6 of the Amended Counterclaims.

## COUNT I: DECLARATION OF NONINFRINGEMENT

7.  In response to the allegations contained in Paragraph 7 of the Amended Counterclaims, NetRatings repeats and realleges its responses to the allegations contained in Paragraphs 1 through 6 thereof as though fully set forth herein. In addition, to the extent Omniture has incorporated Paragraphs 1 through 41 of its Answer into Paragraph 7 of the Amended Counterclaims, NetRatings also denies the allegations of those Paragraphs.

8.  In response to the allegations contained in Paragraph 8 of the Amended Counterclaims, NetRatings asserts that the Complaint and Amended Complaint filed by NetRatings against Omniture speaks for itself and NetRatings respectfully refers the Court to the Complaint and Amended Complaint for the true and complete content thereof, and otherwise NetRatings denies the allegations contained in Paragraph 8 of the Amended Counterclaims.

9.  In response to the allegations contained in Paragraph 9 of the Amended Counterclaims, NetRatings asserts that the Complaint and Amended Complaint filed by NetRatings against Omniture speaks for itself and NetRatings respectfully refers the Court to the

Complaint and Amended Complaint for the true and complete content thereof, and otherwise NetRatings denies the allegations contained in Paragraph 9 of the Amended Counterclaims.

10. NetRatings denies the allegations contained in Paragraph 10 of the Amended Counterclaims.

## COUNT II: DECLARATION OF PATENT INVALIDITY

11. In response to the allegations contained in Paragraph 11 of the Amended Counterclaims, NetRatings repeats and realleges its responses to the allegations contained in Paragraphs 1 through 10 thereof as though fully set forth herein. In addition, to the extent Omniture has incorporated Paragraphs 1 through 41 of its Answer into Paragraph 11 of the Amended Counterclaims, NetRatings also denies the allegations of those Paragraphs.

12. NetRatings denies the allegations contained in Paragraph 12 of the Amended Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, NetRatings prays for judgment against Omniture and awarding NetRatings the following relief:

A. Dismissing Omniture's alleged claims contained in the Amended Counterclaims with prejudice;

B. Adjudging that Omniture has infringed, is infringing, has induced and is inducing others to infringe, and has contributed and is contributing to, the infringement of U.S. Patent Nos. 5,675,510 (the "'510 Patent"); 6,108,637 (the "'637 Patent"); 6,115,680 (the "'680 Patent"); 6,763,386 (the "'386 Patent"); and 6,138,155 (the "'155 Patent");

C. Permanently enjoining Omniture, its agents, servants, subsidiaries, affiliates, employees and those in active concert or participation with any of them, from further

infringement, inducement of infringement or contributory infringement of the '510, '637, '680, '386, and '155 Patents.

  D. Adjudging that the '510, '637, '680, '386, and '155 Patents are valid;

  E. Awarding NetRatings damages adequate to fully compensate it for infringement by Omniture of the '510, '637, '680, '386, and '155 Patents, in accordance with, *inter alia,* 35 U.S.C. § 284, and including pre-judgment and post-judgment interest;

  F. Adjudging that Omniture's infringement of the '510, '637, '680, '386, and '155 Patents is and continues to be willful and deliberate and awarding NetRatings enhanced damages pursuant to 35 U.S.C. § 284;

  G. Trebling the compensatory damages due NetRatings;

  H. Adjudging that this is an exceptional case under 35 U.S.C. § 285 and awarding NetRatings its attorneys' fees, costs and expenses in this action; and

  I. Ordering such other and further relief as the Court deems just and equitable.

* * * *

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Andrew A. Lundgren (#4429)
alundgren@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer (FW 8888)
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

Dated: February 21, 2006

## DEMAND FOR JURY TRIAL

NetRatings, Inc. hereby demands trial by jury of all claims and issues so triable.

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
John W. Shaw (#3362)
jshaw@ycst.com
Andrew A. Lundgren (#4429)
alundgren@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600

BROWN RAYSMAN MILLSTEIN
 FELDER & STEINER LLP
Frederick L. Whitmer (FW 8888)
Seth H. Ostrow  (SO 9605)
Arianna Frankl (AF 7764)
900 Third Avenue
New York, New York  10022
Telephone: (212) 895-2000

Attorneys for Plaintiff NetRatings, Inc.

Dated:  February 21, 2006

654333

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on February 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

>William J. Wade, Esquire
>Richards, Layton & Finger
>One Rodney Square
>920 N. King Street
>P.O. Box 551
>Wilmington, DE 19899

I further certify that on February 21, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

>BY E-MAIL

>Lynn H. Pasahow, Esquire
>Fenwick & West LLP
>Silicon Valley Center
>801 California Street
>Mountain View, CA 94041-2008

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>———————————————
>Josy W. Ingersoll (#1088)
>jingersoll@ycst.com
>John W. Shaw (#3362)
>jshaw@ycst.com
>Andrew A. Lundgren (# 4429)
>alundgren@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899
>Telephone: (302) 571-6600