IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETRATINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-313-GMS |
| v. | ) | |
| | ) | |
| OMNITURE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on February 27, 2006, copies of Omniture, Inc.'s Response to NetRatings, Inc.'s Second Set of Interrogatories were served on the following attorneys of record at the addresses and in the manner indicated:

**BY HAND**
Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

                                          /s/ William J. Wade
                                          William J. Wade (#704)
                                          wade@rlf.com
                                          Matthew W. King (#4566)
                                          king@rlf.com
                                          Richards, Layton & Finger
                                          One Rodney Square
                                          920 N. King Street
                                          P.O. Box 551
                                          Wilmington, DE 19899
                                          (302) 651-7700
                                                  Attorneys for Defendant

Dated: February 28, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and which has also been served as noted:

**BY HAND**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

I HEREBY CERTIFY that on February 28, 2006, I have sent the foregoing document by telecopy and first class mail to the following non-registered participants:

Seth H. Ostrow, Esquire
Frederick L. Whitmer, Esquire
Arianna Frankl, Esquire
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

William J. Wade (#704)

DATED: February 28, 2006