UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
:
NETRATINGS, INC.,
: Civil Action No. 05-313-GMS
        Plaintiff,
:
    vs.                                   **STIPULATION AND**
: **ORDER OF DISMISSAL**
OMNITURE, INC.,                      **WITH PREJUDICE**
:
        Defendant.
:
------------------------------------ x

      Plaintiff NetRatings, Inc. ("NetRatings"), by its counsel Brown Raysman Millstein Felder & Steiner LLP, and Defendant Omniture, Inc. ("Omniture"), by its counsel Fenwick & West, LLP, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of NetRatings and Omniture as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

      1.     The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

      2.     Each party shall bear its own costs and attorneys fees.

AGREED TO AND ACCEPTED:

Date: *March 1, 2006*  
*Counsel for NetRatings, Inc.*  
BROWN RAYSMAN MILLSTEIN  
FELDER & STEINER LLP

By: _____  
Frederick L. Whitmer (FW 8888)  
Seth H. Ostrow (SO 9605)  
Arianna Frankl (AF 7764)

900 Third Avenue  
New York, New York 10022  
Telephone: (212) 895-2000  
Facsimile: (212) 895-2900

YOUNG CONAWAY STARGATT  
& TAYLOR, LLP

By: _____  
John W. Shaw (#3362)

The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Date: *March 2, 2006*  
*Counsel for Omniture, Inc.*  
FENWICK & WEST LLP

By: _____  
Michael Sacksteder (admitted *pro hac vice*)  
Heather Mewes (admitted *pro hac vice*)

Embarcadero Center West  
275 Battery St., 16th Fl.  
San Francisco, California 94111  
Telephone: (415) 875-2300  
Facsimile: (415) 281-1350

RICHARDS, LAYTON & FINGER

By: William J. Wade / RJL (#4395)  
William J. Wade (#704)

One Rodney Square  
920 N. King Street  
P.O. Box 551  
Wilmington, Delaware 19899  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

SO ORDERED:

Date _____

_____  
GREGORY M. SLEET  
UNITED STATES DISTRICT JUDGE