

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
                                      :
NETRATINGS, INC.,                     :
                                      :   Civil Action No. 05-313-GMS
                Plaintiff,            :
                                      :
        vs.                           :   **STIPULATION AND**
                                      :   **ORDER OF DISMISSAL**
OMNITURE, INC.,                       :   **WITH PREJUDICE**
                                      :
                Defendant.            :
                                      :
------------------------------------- x

Plaintiff NetRatings, Inc. ("NetRatings"), by its counsel Brown Raysman Millstein Felder & Steiner LLP, and Defendant Omniture, Inc. ("Omniture"), by its counsel Fenwick & West, LLP, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of NetRatings and Omniture as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys fees.

25

AGREED TO AND ACCEPTED:

Date: March 1, 2006
*Counsel for NetRatings, Inc.*
BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP

By: _____
Frederick L. Whitmer (FW 8888)
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)

900 Third Avenue
New York, New York 10022
Telephone: (212) 895-2000
Facsimile: (212) 895-2900

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

By: _____
John W. Shaw (#3362)

The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Date: March 2, 2006
*Counsel for Omniture, Inc.*
FENWICK & WEST LLP

By: _____
Michael Sacksteder (admitted *pro hac vice*)
Heather Mewes (admitted *pro hac vice*)

Embarcadero Center West
275 Battery St., 16th Fl.
San Francisco, California 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

RICHARDS, LAYTON & FINGER

By: William J. Wade / RLF(#4395)
William J. Wade (#704)

One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

SO ORDERED:

Date March 3, 2006

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
MAR 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

26