## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETRATINGS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-313-GMS |
| OMNITURE, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **9th** day of **March, 2006,**

IT IS ORDERED that the mediation conference scheduled for Monday, August 7, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE